IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **09-cr-299-JLK**

**UNITED STATES OF AMERICA**,

   Plaintiff,

v.

**VICTOR IRVIN CARTER,**

   Defendant.

---

## AMENDED MINUTE ORDER
### *(Correcting Date of Hearing)*

---

Judge John L. Kane **ORDERS**

  A Compliance Review Hearing is scheduled for **November 2, 2010 at 1:30 p.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

---

Dated: October 22, 2010