IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **09-cr-299-JLK**

**UNITED STATES OF AMERICA**,

        Plaintiff,

v.

**VICTOR IRVIN CARTER,**

        Defendant.

---

# MINUTE ORDER

---

Judge John L. Kane **ORDERS**

    A Supervised Release Revocation Hearing is set for **June 24, 2011 at 2:00 p.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

---

Dated:  May 6, 2011